7N THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO (TOLEDO)

| | | |
|---|---|---|
| IN RE: | * | Case No. 17-31286 |
| | * | Chapter 7 |
| **TAMI ANNA GLASS** | * | Judge Mary Ann Whipple |
| Debtor | * | Trustee Bruce French |
| | * | ***OBJECTION TO MOTION FOR RELIEF*** |
| | * | ***FROM STAY*** |
| | * | |

Now comes the Debtor, by and through counsel, and objects to the Motion For Relief From Stay filed by US Bank Trust, NA. on July 3, 2017 for the following reason that Debtor is currently in the middle of negotiating a modification of her mortgage.

WHEREFORE, Debtor requests that the Motion for Relief From Stay be denied and no further action be taken against Debtor to ensure no further fees accrue.

Respectfully submitted,
/s/ Deborah L Mack, # 0067347
Attorney Deborah L. Mack, JD/MBA
P.O. Box 486 * Mansfield, OH  44901
419.524.4683 * 419.524.4685 facsimile
Debbie@OhioDebtRelief.Lawyer
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Objection to Motion For Relief From Stay was electronically transmitted on or about June 9, 2017, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Bruce French, Trustee    brucecfrench@earthlink.net
United States Trustee    (Registered address)@usdoj.gov
Edward J Boll, III       nohbk@lsrlaw.com


/s/ Deborah L Mack